**SAO**
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Suite 530
Las Vegas, Nevada 89135
Telephone: (702) 878-7878
Facsimile: (702) 968-7525
Email: justin@erinjuryattorneys.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICKY REYES-FLORES, individually; GABRIELA COLON-ESPITIA, individually; CAROL REYES as a natural parent and guardian of ROBERT HAER-REYES, a minor;<br><br>              Plaintiffs,<br><br>vs.<br><br>KIM P. ALLEN, individually; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>              Defendants. | CASE NO.: 2:25-cv-02300 |

**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(First Request)**

Pursuant to LR 6.1 and LR 26.4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case one-hundred and twenty (120) days as set forth below:

***Discovery Completed:***

1.      All parties have made their initial and supplemental disclosures pursuant to FRCP 16.1.

2.      Plaintiff served Defendants with Interrogatories, Request for Admissions, and Requests for Production of Documents;

3.      Defendant served Plaintiff with Interrogatories, Request for Admissions and Request for Production of Documents;

1

4.      Plaintiff served Responses to Defendants Interrogatories, Request for Admissions, and Requests for Production of Documents; and

5.      Defendant served Responses to Plaintiff's Interrogatories, Request for Admissions and Request for Production of Documents.

*__Discovery that remains to be completed:__*

1.      Disclosure of Initial and Rebuttal Experts;

2.      Deposition of Plaintiffs;

3.      Deposition of Defendant;

4.      Depositions of Plaintiff's select medical care providers; and

5.      Depositions of disclosed experts.

*__Reasons that Discovery has not yet been completed are:__*

The partes need additional time to conduct the remaining discovery. The parties request a continuance of the discovery cut off by 120 days to allow ample time for the disclosure of experts and the scheduling of the remaining depositions.   The parties are currently in discussions regarding potentially mediating this matter.

This request is not made in bad faith, with dilatory motive, or for any purposes of improper delay.

*__Proposed schedule for completing discovery:__*

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | May 18, 2026 | September 15, 2026 |
| Amending the Pleadings and Adding Parties | February 17, 2026 | June 17, 2026 |
| Initial Disclosure of Experts | March 19, 2026 | July 17, 2026 |
| Disclosure of Rebuttal Experts | April 20, 2026 | August 18, 2026 |
| Dispositive Motions | June 17, 2026 | December 29, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request this honorable Court adopt the foregoing stipulation of the parties which will result in the new discovery cut off and trial date

DATED this 9th day of February, 2026.          DATED this 9th day of February, 2026.

ER INJURY ATTORNEYS                          BRANDON SMERBER LAW FIRM


/s/ Justin G. Randall                        /s/ Kristen Molloy
Justin G. Randall, Esq. (12476)              Kristen Molloy, Esq. (14927)
1700 S. Pavilion Center Dr., Suite 530       139 East Warm Springs Road
Las Vegas, Nevada 89135                      Las Vegas, Nevada 89119
Attorneys for Plaintiffs                     Attorneys for Defendants


## ORDER

**IT IS SO ORDERED** that the discovery deadlines are hereby extended as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-Off | May 18, 2026 | September 15, 2026 |
| Amending the Pleadings and Adding Parties | February 17, 2026 | June 17, 2026 |
| Initial Disclosure of Experts | March 19, 2026 | July 17, 2026 |
| Disclosure of Rebuttal Experts | April 20, 2026 | August 18, 2026 |
| Dispositive Motions | June 17, 2026 | December 29, 2026 |


_____
UNITED STATES MAGISTRATE JUDGE

Dated:   February 10, 2026

ER INJURY ATTORNEYS

/s/ Justin G. Randall
Justin G. Randall, Esq.
Nevada Bar No. 12476
1700 S. Pavilion Center Dr., Suite 530
Las Vegas, Nevada 89135
Attorney for Plaintiffs

3