**SODW**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*KIM P. ALLEN*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NICKY REYES-FLORES, individually, GABRIELA COLON-ESPITIA, individually; CAROL REYES as a natural parent and guardian of ROBERT HAER-REYES, a minor;

Plaintiff,

vs.

KIM P. ALLEN; individually; DOES I – X, and ROE CORPORATIONS I -X, inclusive,

Defendants.

CASE NO.: 2:25-cv-02300-GMN-BNW

**STIPULATION AND ORDER TO DISMISS DEFENDANT, KIM P. ALLEN, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, KIM P. ALLEN, and Plaintiffs, NICKY REYES-FLORES, GABRIELA COLON-ESPITIA, CAROL REYES as a natural parent and guardian of ROBERT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

HAER-REYES, a minor, by and through JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS as follows:

That Defendant, KIM P. ALLEN, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 13th day of July, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr. Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*KIM P. ALLEN*

DATED this 29th day of ~~March,~~ July 2026.

**ER INJURY ATTORNEYS**

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
1700 South Pavilion Center Drive, Suite 530
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs,*
*NICKY REYES-FLORES,*
*GABRIELA COLON-ESPITIA,*
*CAROL RYES and*
*ROBERT HAER-REYES*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964



**IT IS SO ORDERED** that Defendant, KIM P. ALLEN, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

The Clerk of Court is kindly directed to close this case.

**DATED** this 30 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*KIM P. ALLEN*